IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YIFAN LU,                                   NO. CIV.S-06-0759 MCE DAD PS

      Plaintiff,

  v.                                        <u>FINDINGS AND RECOMMENDATIONS</u>

MICHAEL CHERTOFF, EMILIO T.
GONZALES, SUSAN M. CURDA,
and ROBERT S. MUELLER, III

      Defendants.
_____/

      This matter came before the court on July 21, 2006, for hearing on defendants' motion to dismiss this action on the grounds that it is now moot. Assistant United States Attorney Audrey B. Hemesath appeared on behalf of defendants. Plaintiff Yifan Lu did not appear at the hearing and filed no opposition to the pending motion to dismiss.

      On April 7, 2006, plaintiff filed a complaint in this action seeking to compel the Bureau of Citizenship and Immigration Services (BCIS) to process her application and adjust her status to

1

1  that of lawful permanent resident.  As of the date of the hearing,
2  plaintiff's immigration status had been modified as requested.  In
3  this regard, defendants have submitted documentation establishing
4  that plaintiff's application was granted and approved by BCIS on May
5  3, 2006.  Because there can be no further effective relief granted by
6  this court, the action has been rendered moot.  <u>Garcia v. Lawn</u>, 805
7  F.2d 1400, 1403 (9th Cir. 1986); <u>see also</u> <u>City of Erie v. Pap's A.M.</u>,
8  529 U.S. 277, 287 (2000).  Therefore, the court HEREBY RECOMMENDS
9  that defendant's motion to dismiss on the grounds that the action is
10 moot be granted.

11         These findings and recommendations are submitted to the
12 United States District Judge assigned to the case, pursuant to the
13 provisions of 28 U.S.C. § 636(b)(1).  Within ten (10) days after
14 being served with these findings and recommendations, either party
15 may file written objections with the court.  Such a document should
16 be captioned "Objections to Magistrate Judge's Findings and
17 Recommendations."  The parties are advised that failure to file
18 objections within the specified time may waive the right to appeal
19 the district court's order.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
20 Cir. 1991).
21 DATED: July 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:im
ddad1\orders.prose\lu0759.f&r.wpd

2